UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00506

**Justin Ray Abbott,**
*Plaintiff,*

v.

**Kilgore Police Department et al.,**
*Defendants.*

# ORDER

Plaintiff Justin Ray Abbott, an inmate of the Gregg County Jail proceeding pro se and *in forma pauperis,* filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On October 30, 2023, the magistrate judge submitted a report recommending that plaintiff's claims against the Kilgore Police Department be dismissed for failure to state a claim upon which relief can be granted. Doc. 5. Plaintiff's other claims are proceeding as instructed by separate order. Doc. 6. A copy of the report was mailed to the plaintiff, who has not filed an objection within the time permitted.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. All claims against the Kilgore Police Department are dismissed from this suit pursuant to 28 U.S.C. § 1915A(b).

*So ordered by the court on December 4, 2023.*

_____
J. CAMPBELL BARKER
United States District Judge